UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CHARLES SIMPSON, | ) Case No. CV 14-9080-ODW(AJW) |
| Petitioner, | ) |
| v. | ) |
| | ) JUDGMENT |
| THE DIRECTOR OF THE CDCR, | ) |
| Respondent. | ) |

It is hereby adjudged that this action is **dismissed without prejudice.**

Date: February 3, 2015

_____
Otis D. Wright, II
United States District Judge